United States Bankruptcy Court
District of Maryland

In re:                                                                  Case No. 18-10489-TJC
Wanda Denise Dade                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: mkrauss              Page 1 of 2            Date Rcvd: Jul 17, 2018
                              Form ID: ntcdsm            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db          +Wanda Denise Dade,    1617 Shady Glen Drive,   District Heights, MD 20747-1764
cr          +AmeriCredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
30439692    +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
              Baltimore, MD 21201-2305
30439679    +Comptroller of the Treasury,    STate of Maryland,    301 W. Preston Street,
              Baltimore, MD 21201-2305
30439683    +Hydroxatone,    P. O.Box 1388,   Hoboken, NJ 07030-1388
30439687    +Lendmark Financial Services,    10660 Campus Way South,    Upper Marlboro, MD 20774-1307
30439688     Navient,   P. O. Box,    Wilkes Barre, PA 18773
30479668     Navient Solutions, LLC on behalf of,    Educational Credit Management,    Corporation,
              PO BOX 16408,    St. Paul, MN 55116-0408
30479669     Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,    GLHEC and Affiliates,
              PO BOX 8961,    Madison, WI 53708-8961
30439689    +Ocwen Loan Servicing,    P. O. Box 24665,   West Palm Beach, FL 33416-4665
30533977     Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    PO Box 24605,
              West Palm Beach, Florida 33416-4605
30439693     Prince George's County,    Treasurer Division,    Room 1090,   Upper Marlboro, MD 20772
30439691    +Thompson Estates HOA,    P. O. Box 105302,   Atlanta, GA 30348-5302
30475012    +USB/BHEA C/O,    Navient Solutions, LLC,   220 Lasley Ave,    Wilkes-Barre, PA 18706-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
30602324     EDI: PHINAMERI.COM Jul 18 2018 00:08:00      Americredit Financial Services, Inc.,
              Dba GM Financial,    P.O Box 183853,   Arlington, TX 76096
30439678    +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jul 17 2018 20:24:18       Cashnet USA,
              175 West Jackson #100,    Chicago, IL 60604-2615
30439681    +EDI: RCSFNBMARIN.COM Jul 18 2018 00:08:00      Credit One,    P. O. Box 98873,
              Las Vegas, NV 89193-8873
30439684     EDI: IRS.COM Jul 18 2018 00:09:00      DEPARTMENT OF THE TREASURY,    INTERNAL REVENUE SERVICE,
              P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
30520219     E-mail/Text: helen.ledford@nrsagency.com Jul 17 2018 20:26:01
              KAISER PERMANENTE MID-ATLANTIC,    C/O NATIONWIDE RECOVERY SERVICE,    P.O. BOX 8005,
              CLEVELAND, TN 37320-8005
30439686    +E-mail/Text: latoyia.d.neils@kp.org Jul 17 2018 20:25:19       Kaiser Permanente e,
              P. O. Box 62416,    Baltimore, MD 21264-2416
30527805    +EDI: RESURGENT.COM Jul 18 2018 00:08:00      PYOD, LLC its successors and assigns as assignee,
              of FNBM, LLC,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
30439694    +E-mail/Text: UIBankruptcyNotices.DLLR@maryland.gov Jul 17 2018 20:26:08
              State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2225
30654710     EDI: ECMC.COM Jul 18 2018 00:08:00      US Department of Education,    PO Box 16448,
              St. Paul, MN 55116-0448
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
30439682      GM Financial Services,    P. O.Box 183123,    LA 70696
30439690      Oxon Hill Orthop & Rehab,    INVALID ADDRESS PROVIDED
30612690*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,     dba GM Financial,
              PO Box 183853,    Arlington, TX 76096)
30439680*    +Comptroller of the Treasury,    STate of Maryland,    301 W. Preston Street,
              Baltimore, MD 21201-2305
30439685*    +Internal Revenus Services,    31 Hopkins Plaza,    Room 1050,   Baltimore, MD 21201-2809
                                                                                               TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                          Signature:   /s/Joseph Speetjens

```
District/off: 0416-0          User: mkrauss              Page 2 of 2            Date Rcvd: Jul 17, 2018
                              Form ID: ntcdsm            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              Bennie R. Brooks     bbrookslaw@aol.com
              Nancy  Spencer Grigsby    grigsbyecf@ch13md.com
              Renee O. Dyson     ecf@logs.com
                                                                                              TOTAL: 3
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **18–10489 – TJC**   Chapter: **13**

**Wanda Denise Dade**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 7/17/18.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 7/17/18

                                          Mark A. Neal, Clerk of Court
                                          by Deputy Clerk, Margaret Krauss
                                          410–962–7466

Form ntcdsm